JULIE A. DUNNE (Bar No. CA-160544)
julie.dunne@us.dlapiper.com
MATTHEW RILEY (Bar No. CA-257643)
matthew.riley@us.dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101
Tel:   619.699.2700
Fax:   619.699.2701

ANDREA R. ORTEGA (Bar No. CA-317820)
andrea.ortega@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

Attorneys for Defendant
TARGET CORPORATION

*(Additional Counsel on Next Page)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| MARTHA RODRIGUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01886-JGB (SHKx)<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE SCHEDULING CONFERENCE**<br><br>Complaint Filed:  August 27, 2021<br>FAC Filed:  November 15, 2021<br><br>Date:  March 14, 2022<br>Time:  11:00 a.m.<br>Location:  Courtroom 1 |

MARCUS BRADLEY (Bar No. CA-174156)
mbradley@bradleygrombacher.com
KILEY GROMBACHER (Bar No. CA-245960)
kgrombacher@bradleygrombacher.con
LIRIT KING (Bar No. CA-252521)
lking@bradleygrombacher.com
**BRADLEY/GROMBACHER, LLP**
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Tel:   805.270.7100
Fax:   805.618.2939

JOSEPH HEKMAT (Bar No. CA-265229)
jhekmat@hekmatlaw.com
**HEKMAT LAW GROUP**
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Tel:   424.888.4529
Fax:   424.270.0242

Attorney for Plaintiff
MARTHA RODRIGUEZ

WEST\297790819.1

1    Plaintiff Martha Rodriguez and Defendant Target Corporation jointly inform

2 the Court, through their respective counsel of record, that the parties have agreed to

3 settle Plaintiff's individual claims. The parties are in the process of memorializing

4 their settlement following which Plaintiff will file a request for dismissal of: (a) her

5 individual claims with prejudice; and (b) her class and Private Attorneys General Act

6 claims without prejudice.

7    In light of the parties' settlement of Plaintiff's individual claims, the parties

8 stipulate, subject to the Court's approval, that the Scheduling Conference scheduled

9 for March 14, 2022 at 11:00 a.m. be **vacated**. Alternatively, if the Court is not inclined

10 to vacate the Scheduling Conference, the parties stipulate, subject to the Court's

11 approval, that the parties' counsel be permitted to appear at the Scheduling

12 Conference remotely via Zoom.

13

14 Dated:  March 8, 2022          **BRADLEY/GROMBACHER, LLP**

15

16                              By: */s/ Marcus Bradley*
                                    _____
17                                  MARCUS BRADLEY
                                    KILEY GROMBACHER
18                                  LIRIT KING
                                    Attorneys for Plaintiff
19                                  MARTHA RODRIGUEZ

20 Dated:  March 8, 2022          **DLA PIPER LLP (US)**

21

22                              By: */s/ Matthew Riley*
                                    _____
23                                  JULIE A. DUNNE
                                    MATTHEW RILEY
24                                  ANDREA R. ORTEGA
                                    Attorneys for Defendant
25                                  TARGET CORPORATION

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 8, 2022

_/s/ Matthew Riley_