1  **BRADLEY/GROMBACHER, LLP**
2  Marcus J. Bradley, Esq. (SBN 174156)
   Kiley L. Grombacher, Esq. (SBN 245960)
3  Lirit A. King, Esq. (SBN 252521)
4  31365 Oak Crest Drive, Suite 240
   Westlake Village, California 91361
5  Telephone:  (805) 270-7100
   Facsimile:   (805) 270-7589
6  mbradley@bradleygrombacher.com
7  kgrombacher@bradleygrombacher.com
   lking@bradleygrombacher.com
8
9  Attorneys for Plaintiff, MARTHA RODRIGUEZ, individually
   and on behalf of all others similarly situated
10
11                  **UNITED STATES DISTRICT COURT**
12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**
13

| MARTHA RODRIGUEZ, individually and on behalf of other individuals similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 to 10, inclusive<br><br>Defendant. | **CASE NO. 5:21-cv-01886-JGB (SHKx)**<br>Assigned to Hon. Jesus G. Bernal, CR1<br><br>**CLASS ACTION**<br><br>**STIPULATION RE: DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)**<br><br>(*Filed Concurrently with* [*Proposed*] *Order*) |
|---|---|

1
STIPULATION RE: VOLUNTARY
DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED** by and among MARTHA RODRIGUEZ ("Plaintiff"), individually and on behalf of others similarly situated and the State of California as a private attorney general, and Defendant TARGET CORPORATION, a Minnesota Corporation ("Defendant"), acting through their counsel of record, that the above-entitled action and all claims asserted by Plaintiff therein be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Specifically, the parties stipulate that:

1. This action, including any and all individual claims, class claims, and Private Attorneys General Act claim for civil penalties asserted by Plaintiff, be dismissed with prejudice as to Plaintiff;

2. This action be dismissed without prejudice as to the class claims brought on behalf of other putative class members;

3. This action be dismissed without prejudice as to the claims for civil penalties brought on behalf of other allegedly-aggrieved employees pursuant to the Private Attorneys General Act; and

4. Each party shall bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

[Signatures to follow on next page]

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | DATED: March 28, 2022 | **BRADLEY/GROMBACHER, LLP** |
| 2 | | |
| 3 | | By: /s/ Marcus J. Bradley |
| 4 | | Marcus J. Bradley |
| 5 | | Kiley Lynn Grombacher. |
| | | Lirit A. King |
| 6 | | Attorneys for Plaintiff |
| 7 | | |
| 8 | Dated: March 28, 2022 | **DLA PIPER LLP (US)** |
| 9 | | By: /s/ Matthew Riley |
| 10 | | Julie A. Dunne |
| 11 | | Matthew Riley |
| | | Andrea R. Ortega |
| 12 | | Attorneys for Defendant |
| 13 | | TARGET CORPORATION |

### ECF ATTESTATION

I, Marcus J. Bradley, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

By: /s/ Marcus J. Bradley
Marcus J. Bradley