**BRADLEY/GROMBACHER, LLP**
Marcus Bradley, Esq. (SBN 174156)
Kiley Grombacher, Esq. (SBN 245960)
Lirit King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA  91361
Telephone: (805) 270-7100
Facsimile: (805) 618-2939
Email: mbradley@bradleygrombacher.com
Email: kgrombacher@bradleygrombacher.com
Email: lking@bradleygrombacher.com

Attorneys for Plaintiff, MARTHA RODRIGUEZ, individually and on behalf of all others similarly situated.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

| | |
|---|---|
| MARTHA RODRIGUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 to 10, inclusive<br><br>Defendant. | **CASE NO. 5:21-cv-01886-JGB (SHKx)**<br>Assigned to Hon. Jesus G. Bernal, CR1<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

1

# ORDER

Pursuant to the Stipulation for Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that:

1. This action, including any and all individual claims, class claims, and Private Attorneys General Act claims asserted by Plaintiff Martha Rodriguez ("Plaintiff") be dismissed with prejudice as to Plaintiff;

2. This action be dismissed without prejudice as to the class claims brought on behalf of other putative class members;

3. This action be dismissed without prejudice as to the claims for civil penalties brought on behalf of allegedly-aggrieved employees pursuant to the Private Attorneys General Act; and

4. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: March 29, 2022

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE